398 A.2d 654

**COMMONWEALTH of Pennsylvania**

v.

**Richard A. MITCHELL, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 8, 1979.

Decided March 14, 1979.

Lombardo & Hummer, Wayne G. Hummer, Jr., Lancaster, for appellant.

Edward F. Browne, Jr., Asst. Dist. Atty., Lancaster, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

### OPINION OF THE COURT

PER CURIAM:

Appeal [from 245 Pa.Super. 562, 369 A.2d 770] dismissed as improvidently granted.